UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aboubacar Bonkoungou and Tenga Compaore, on behalf of themselves and all other persons similarly situated,<br><br>　　　　　　　Plaintiff(s)<br><br>　- vs. -<br><br>Royal Protective Services, Inc.,<br>　　　　　　　Defendant(s). | DOCKET NO. 23-cv-6553-CBA-CLP<br><br>**NOTICE OF MOTION** |

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE, that upon the declaration of Michael Samuel, Esq., attorney for Plaintiffs, the accompanying declaration of Plaintiffs Aboubacar Bonkoungou and Tenga Compaore and all pleadings and supporting materials filed herein, the plaintiffs hereby move this Court, pursuant to Fed. R. Civ. P. 55.2(b), for a default judgment in the amount of a sum certain of $375,709.52 plus attorneys' fees and costs in the amount of a sum certain of $6,457.00, or in the alternative for a proof hearing to establish Plaintiffs' damages.

Dated:  January ___, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Michael Samuel
　　　　　　　　　　　　　　　　　　　　Michael Samuel, Esq.

　　　　　　　　　　　　　　　　　　　　THE SAMUEL LAW FIRM
　　　　　　　　　　　　　　　　　　　　1441 Broadway – Suite 6085
　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　(212) 563-9884

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*